IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00507-RPM

JORDAN WALLS,

        Plaintiff,

v.

SLAUGH FISHING SERVICES, INC.,

        Defendants.
_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the July 11, 2016, scheduling/planning conference before Magistrate Judge Kristen L. Mix is vacated.

        DATED:   April 12th, 2016

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge